**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
3111 Camino Del Rio North
Suite 400
San Diego, California 92108
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA C. HULL,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE,<br><br>    Defendant. | Case No. 8:21-cv-01992-DOC-ADS<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that JOSHUA C. HULL ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 4th day of January, 2022.

> */s/ Nicholas M. Wajda*
> NICHOLAS M. WAJDA
> (State Bar #259178)
> Attorney Email Address:
> nick@wadjalawgroup.com
> WAJDA LAW GROUP, APC
> 3111 Camino Del Rio North
> Suite 400
> San Diego, California 92108
> Telephone: (310) 997-0471
> Facsimile: (866) 286-8433
> Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

> */s/ Nicholas M. Wajda*